Adam Y. Siegel (SBN 238568)
Adam.Siegel@jacksonlewis.com
**JACKSON LEWIS P.C.**
725 South Figueroa Street, Suite 2500
Los Angeles, California 90017-5408
Telephone: (213) 689-0404
Facsimile: (213) 689-0430

Attorneys for Defendant
TVI, INC.

BRANDON BROUILLETTE (SBN 273156)
bbrouillette@crosnerlegal.com
CHAD SAUNDERS (SBN 257810)
chad@crosnerlegal.com
ZACHARY M. CROSNER (SBN 272295)
zach@crosnerlegal.com
**CROSNER LEGAL, PC**
9440 Santa Monica Blvd. Suite 301
Beverly Hills, CA 90210
Tel: (866) 276-7637
Fax: (310) 510-6429

*Attorneys for Plaintiff Shea Hughes*

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHEA HUGHES, an individual, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TVI, INC., a Washington Corporation; and DOES 1-100, inclusive,<br><br>Defendants. | **CASE NO.: _2:24-00250-WBS-AC**<br><br>**STIPULATION AND ORDER TO CONTINUE CLASS CERTIFICATION DEADLINES**<br><br>Complaint Filed: November 28, 2023<br>Trial Date: May 19, 2026 |

Plaintiff Shea Hughes ("Plaintiff") and Defendant TVI, INC. ("Defendant"), by and through their counsel of record, hereby stipulate and agree as follows:

WHEREAS, on November 28, 2023, Plaintiff Shea Hughes filed a Class Action Complaint against Defendant in the Superior Court of the State of California – County of Solano, Case No. CU23-5586 ("Hughes Class Action");

WHEREAS, at or around the time Plaintiff filed the Class Action Complaint in Solano County, Plaintiff filed a separate Complaint against Defendant for penalties under the Private Attorneys General Act in Solano County, Case No. CU23-05591 ("Hughes PAGA Action");

WHEREAS, Defendant removed the Hughes Class Action, and the Hughes PAGA Action remains pending in Superior Court;

WHEREAS, Defendant filed a notice of related cases identifying the class action case entitled *Jose Villanueva v. TVI, Inc., et al.*; Northern District of California Case No. 5:24-cv-01649 ("Villanueva Class Action"), as a related case;

WHEREAS, the Parties agreed to participate in a global mediation for the Hughes Class Action, the Hughes PAGA Action, the Villanueva Class Action;

WHEREAS, the global mediation occurred on January 24, 2025, and resulted in a mediator's proposal to which the Parties must respond on or before January 31, 2025;

WHEREAS, the Court set a class certification filing deadline for the Hughes Class Action for January 31, 2025 (Doc. 19); and

WHEREAS, to preserve the Parties and the Court's resources, the Parties agree, and respectfully request, to continue the class certification deadlines by six months.

IT IS HEREBY STIPULATED by and between Plaintiff and Defendant as follows:

1. Plaintiff's deadline to file a motion for class certification shall be continued until July 31, 2025.
2. Defendant's opposition shall be due by September 5, 2025.
3. Plaintiff's reply shall be due by September 26, 2025.

IT IS SO STIPULATED

Dated: January 28, 2025                    **JACKSON LEWIS P.C.**


By:  /s/ Adam Y. Siegel  (as authorized 1/24/25)
     Adam Y. Siegel

Attorneys for Defendant
TVI, INC

Dated: January 28, 2025                    **CROSNER LEGAL, P.C.**


By:  /s/ Chad Saunders
     Chad Saunders

Attorneys for Plaintiff Shea Hughes

## ORDER

Pursuant to the Parties' stipulation, the Court hereby Orders as follows:

1. Plaintiff's deadline to file a motion for class certification shall be continued until July 31, 2025.
2. Defendant's opposition shall be due by September 5, 2025.
3. Plaintiff's reply shall be due by September 26, 2025.


Dated: January 28, 2025

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE